**DUMMIT, BUCHHOLZ & TRAPP**
Attorneys At Law
1661 Garden Highway
Sacramento, California 95833
Telephone (916) 929-9600
Fax (916) 927-5368
Daniela P. Stoutenburg - State Bar No. 183785; Email daniela.stoutenburg@dbt.law
Carolyn L. Northrop – State Bar No. 237989; Email carolyn.northrop@dbt.law
Attorneys for Defendant, THRIFTY PAYLESS INC., dba RITE AID (erroneously sued as RITE AID CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. BONNER, JR., M.D., <br><br> Plaintiff, <br><br> v. <br><br> RITE AID CORPORATION, and DOES 1 through 50, <br><br> Defendants. | Case No.: 2:19-cv-00674-MCE-EFB <br><br> **ORDER GRANTING REQUEST TO STAY DISCOVERY DEADLINE** <br><br> **Complaint Filed:** 04/22/19 <br> **Trial Date:** Not set |

THIS MATTER, having been brought before the Court by Dummit, Buchholz & Trapp, attorneys of record for Defendant, THRIFTY PAYLESS, INC., dba RITE AID, and good cause shown, Defendant THRIFTY PAYLESS, INC., dba RITE AID's Request to Stay Discovery Deadline (ECF No. 13) is GRANTED. The Rule 26(f) deadline, currently set for July 13, 2019, is continued to **August 13, 2019**.

IT IS SO ORDERED.

Dated: July 18, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER
1