**DUMMIT, BUCHHOLZ & TRAPP**
Attorneys At Law
1661 Garden Highway
Sacramento, California 95833
Telephone (916) 929-9600
Fax (916) 927-5368

Daniela P. Stoutenburg - State Bar No. 183785; Email daniela.stoutenburg@dbt.law
Carolyn L. Northrop – State Bar No. 237989;  Email carolyn.northrop@dbt.law
Attorneys for Defendant, THRIFTY PAYLESS INC., dba RITE AID
(erroneously sued as RITE AID CORPORATION)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. BONNER, JR., M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>RITE AID CORPORATION, and DOES 1 through 50,<br><br>    Defendants. | Case No.:  2:19-CV-00674-MCE-EFB<br><br>**ORDER GRANTING DEFENDANT THRIFTY PAYLESS INC., dba RITE AID'S REQUEST TO AMEND INITIAL PRETRIAL SCHEDULING ORDER**<br><br>**Complaint Filed:**    04/22/19<br>**Trial Date:**    Not set |

THIS MATTER, having been brought before the Court by Dummit, Buchholz & Trapp, attorneys of record for Defendant, THRIFTY PAYLESS, INC., dba RITE AID, by way of a request to amend the initial pretrial scheduling order, and the Court having considered the request, and good cause shown, the Court hereby amends its Pre-Trial Scheduling Order as follows:

- Deadline to complete fact discovery (including, but not limited to,  party and witness depositions as well as all written discovery) will be eight months from the date that the pleadings in this case are at issue.
- The last day to designate experts will be 60 days after the close of fact discovery.

///

- The last day to designate supplemental experts will be 30 days from the expert designation date.
- The last day to file dispositive motions will be 120 days after last day to designate supplemental experts.
- A Joint Notice of Trial Readiness will be due within 30 days of the Court's ruling on the last filed dispositive motion.

**IT IS SO ORDERED.**

Dated: May 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE