UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST L. BOONER, JR., M.D., | Case No. 2:19-cv-00674-MCE-JDP |
| Plaintiff, | ORDER WITHDRAWING THE REFERRAL TO THE MAGISTRATE JUDGE |
| v. | |
| RITE AID CORPORATION, | |
| Defendant. | |

This case, in which plaintiff was proceeding without counsel, was referred to me pursuant to Eastern District of California Local Rule 302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On September 6, 2022, attorney Gary Sherrer was substituted in as attorney of record for plaintiff.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge.  I will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn, and the case is referred back to the district judge.

IT IS SO ORDERED.

Dated:     September 7, 2022                                  _____
                                                                                   JEREMY D. PETERSON

1

UNITED STATES MAGISTRATE JUDGE